IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TRESSA MAC VITTIE on behalf of<br>JAMES T. VILLINES | §<br>§<br>§ | |
| V. | § | CASE NO. 4:10cv287 |
| | § | |
| COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION | §<br>§ | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 28, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the decision of the Administrative Law Judge be **AFFIRMED**.

Having received the report of the United States Magistrate Judge and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court.  It is, therefore,

**ORDERED** that the decision of the Administrative Law Judge is **AFFIRMED**.

**IT IS SO ORDERED.**

**SIGNED** this the 29th day of March, 2012.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE